# Court of Appeals
# of the State of Georgia

ATLANTA,  July 20, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0378.  THE STATE v. RAKEEM CARLTON.**

In January 2021, the State indicted Rakeem Carlton for aggravated assault and other crimes alleged to have occurred in April 2016. Carlton filed a plea in bar and motion to dismiss on the basis that the State's prosecution was barred by the statute of limitation. On May 31, 2023, the trial court granted Carlton's motion and dismissed all of the charges against him. The State has filed a timely application for discretionary appeal. In response to the State's application, Carlton has filed a "motion to dismiss," in which he urges this Court to deny the State's application on the merits.

No provision of the discretionary appeal statute appears to apply here. See OCGA § 5-6-35 (a). Rather, it appears that the trial court's order is subject to direct appeal under either OCGA § 5-7-1 (a) (1), which permits the State to appeal "an order, decision, or judgment setting aside or dismissing any indictment, accusation, or a petition alleging that a child has committed a delinquent act, or any count thereof" or OCGA § 5-7-1 (a) (3), which permits the State to appeal "an order, decision, or judgment sustaining a plea or motion in bar, when the defendant has not been put in jeopardy[.]" We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Carlton's motion to dismiss is hereby DENIED. The State shall have ten days from the date of

this order to file a notice of appeal with the trial court if it has not already done so. See OCGA § 5-6-35 (g).



*Court of Appeals of the State of Georgia*
         *Clerk's Office, Atlanta,   07/20/2023*

         *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

         *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

___Stephen E. Castlen_____ *, Clerk.*